EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>  Luis E. Gervitz Carbonell<br>  Jorge Izquierdo San Miguel<br>  José G. Izquierdo Stella<br>  Francisco Troncoso<br>  Bufete Coale, Cooley & Lietz | 2004 TSPR 174<br><br>163 DPR _____ |

Número del Caso: CP-1998-16
            (TS-10385)


Fecha: 12 de noviembre de 2004


 Abogado del Querellado:

                    Lcdo. Pedro E. Ortiz Álvarez



Materia: Solicitud de Reinstalación



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Luis E. Gervitz Carbonell
Jorge Izquierdo San Miguel
José G. Izquierdo Stella
Francisco Troncoso
Bufete Coale, Cooley & Lietz                    CP-1998-16
                                                (TS-10385)


RESOLUCIÓN

San Juan, Puerto Rico, a 12 de noviembre de 2004.

Mediante Opinión Per Curiam de 28 de julio de 2004, suspendimos al Sr. Jorge M. Izquierdo San Miguel del ejercicio de la abogacía por un período de treinta (30) días. El señor Izquierdo San Miguel fue notificado personalmente de nuestra decisión el 17 de agosto de 2004. El 8 de octubre de 2004 emitimos una resolución en la que le informamos que el término de su suspensión comenzó a decursar el viernes, 1ro. de octubre de 2004, por lo que la misma venció el 31 de octubre de 2004.

Examinada la moción solicitando reinstalación radicada por el señor Izquierdo San Miguel y en vista de que éste cumplió con la sanción impuesta y  que no hay quejas pendientes en su expediente personal, se autoriza la reinstalación del licenciado Izquierdo San Miguel al ejercicio de la abogacía efectivo al día de hoy.

Notifíquese por teléfono y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Rivera Pérez no intervinieron.


                        Patricia Otón Olivieri
                        Secretaria del Tribunal Supremo